**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EVERETT WHITE,**<br><br>Defendant. | **Case No. 25-CR-275-CJN** |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the indictment against the defendant Everett White, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

On June 11, 2026, a *Jackson* finding was issued against the defendant in D.C. Superior Court Case Nos. 2025 CF3 008151, 2025 CMD 005505, 2024 CMD 001900, 2024 CMD 003260, and 2024 CMD 004926. Specifically, it was determined that the defendant is presently incompetent to stand trial and there is no substantial probability that he will attain competence or make substantial progress toward that goal in the foreseeable future. *See Jackson v. Indiana,* 406 U.S. 715 (1972).

Accordingly, the United States requests that the Court dismiss the indictment against defendant Everett White without prejudice.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ Joshua Satter*
            Joshua Satter
            Assistant United States Attorney
            NY Bar No. 5477112
            601 D Street NW
            Washington, D.C. 20052
            202-252-7059
            Josh.Satter@usdoj.gov